# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **SIUM AMANIEL #A215-817-554** | **CASE NO. 2:20-CV-01488 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MICHAEL J. MANUEL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Amaniel's habeas petition be **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 22nd day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**